### IN THE UNITED STATES DISTRICT COURT FOR THE
### WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| RAHEEM LA'MONZE PLATER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. CIV-22-779-R |
| | ) |
| EDEN POIROT, et al., | ) |
| | ) |
| Defendants. | ) |

### ORDER

Before the Court is the Supplemental Report and Recommendation (Doc. No. 18) entered by United States Magistrate Judge Gary Purcell on November 17, 2022, wherein he recommended that Plaintiff's Motion for Injunctive Relief (Doc. No. 17) be denied. Plaintiff has not filed a timely objection to the Supplemental Report and Recommendation nor sought an extension of time in which to object. Accordingly, the Supplemental Report and Recommendation (Doc. No. 18) is hereby ADOPTED IN ITS ENTIRETY and Plaintiff's Motion (Doc. No. 17) is DENIED.

IT IS SO ORDERED this 16th day of December 2022.

_____
DAVID L. RUSSELL
UNITED STATES DISTRICT JUDGE